

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00343-CV

**PALMETTO POINTE APARTMENTS**,
Appellant

v.

Jonni **SALTSMAN**, Jacob Sparks and All Other Occupants,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01108
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's final judgment is AFFIRMED. Costs are assessed against appellant Palmetto Pointe Apartments.

SIGNED January 10, 2024.

_____
Irene Rios, Justice